NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA ARLENE GOFORTH,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5150

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00175-GWM, Judge George W. Miller.

---

**ON MOTION**

---

Before RADER, DYK, and WALLACH, *Circuit Judges.**

PER CURIAM.

**O R D E R**

---

* Randall R. Rader vacated the position of Chief Judge on May 30, 2014.

Virginia Arlene Goforth moves the court to recall mandate. This appeal was dismissed on January 31, 2014 as untimely. The time to petition for rehearing of that order expired, and the mandate issued on March 24, 2014.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to recall the mandate is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26